AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Ameristar Financial Servicing Company, LLC,

   Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

Federal Deposit Insurance Corporation,
Superior Bank, FSB, and
Superior Federal Bank, FSB,

   Defendants

CASE NUMBER: 1:06CV01651 PLF

TO: (Name and address of Defendant)

Hon. Jeffrey A. Taylor
United States Attorney
District of Columbia
~~555 Fourth Street, NW~~ 501 3-th St NW
Washington, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andrew Grosso, Esq.
Andrew Grosso & Associates
1250 Connecticut Avenue, NW
Suite 200
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**

~~OCT -9 2006~~ TD OCT - 6 2006

CLERK     T. Davis

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 10-10-06   1:30 P.M. |
| NAME OF SERVER (PRINT) Dwayne Boston | TITLE PVS |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: Ginny Nails  Doc Clerk

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-10-06          _____
                 Date               Signature of Server

1522 K St NW Ste 200
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.