AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Ameristar Financial Servicing Company, LLC,

   Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

Federal Deposit Insurance Corporation,
Superior Bank, FSB, and
Superior Federal Bank, FSB,

   Defendants

CASE NUMBER:  1:06CV01651  PLF

TO: (Name and address of Defendant)

Federal Deposit Insurance Corporation
As Receiver of Superior Bank, FSB
Serve: Mr. Robert Feldman
Executive Secretary
550 17th Street, NW
Washington, D.C. 20429

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andrew Grosso, Esq.
Andrew Grosso & Associates
1250 Connecticut Avenue, NW
Suite 200
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          OCT - 6 2006

CLERK                                            DATE

T. Davis

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 10-10-06  2:40 PM |
| NAME OF SERVER (PRINT) DeAnn Beshu | TITLE | PFS |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
    Name of person with whom the summons and complaint were left: Mary Randals, Program Specialist

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-10-06          _Lynn B____
            Date                Signature of Server

1522 K. Halswezer
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.