AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

AMERISTAR FINANCIAL SERVICING )
COMPANY, LLC )
      Plaintiff(s) )
                                        )
                                        )
      vs. )
FEDERAL DEPOSIT INSURURANCE )
CORPORATION, ET AL., )
      Defendant(s) )

**APPEARANCE**

CASE NUMBER    1:06CV01651(PLF)

To the Clerk of this court and all parties of record:

Please enter the appearance of    WENDY B. KLONER    as counsel in this
                                           (Attorney's Name)

case for:    FEDERAL DEPOSIT INSURANCE COPORATION, ET AL.
                                           (Name of party or parties)

NOVEMBER 7, 2006
Date

D.C. Bar# 253062
BAR IDENTIFICATION

*/s/ Wendy B. Kloner*
Signature

WENDY B. KLONER
Print Name

3501 FAIRFAX DRIVE- VS-D-7118
Address

ARLINGTON    VA    22226-3500
City    State    Zip Code

703-562-2391
Phone Number