AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

AMERISTAR FINANCIAL SERVICING
COMPANY, LLC                          )
        Plaintiff(s)          )     **APPEARANCE**
                              )
                              )
        vs.                   )     CASE NUMBER   1:06 CV 01651 (PF)
FEDERAL DEPOSIT INSURANCE             )
CORPORATION, et al.                   )
        Defendant(s)          )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Charlotte M. Kaplow   as counsel in this
                                                 (Attorney's Name)

case for: Federal Deposit Insurance Corporation in its corporate capacity and as Conservator for Superior Federal Bank FSB and Receiver for Superior Bank, FSB
                               (Name of party or parties)

November 22, 2006                          /s/ Charlotte M. Kaplow
Date                                       Signature

                                           Charlotte M. Kaplow
                                           Print Name

Illinois 3128259                           3501 Fairfax Drive D-7100
BAR IDENTIFICATION                         Address

                                           Arlington, VA 22226
                                           City       State       Zip Code

                                           (703) 562-2450
                                           Phone Number