UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERISTAR FINANCIAL SERVICING COMPANY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL DEPOSIT INSURANCE CORPORATION, <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) CASE NO. 1:06cv01651 (PLF) |

## CERTIFICATE RULE LCvR 7.1

I, Andrew Grosso, the undersigned counsel of record for Plaintiff, Ameristar Financial Servicing Company, LLC ("Ameristar"), hereby certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Plaintiff Ameristar which have any outstanding securities in the hands of the public: **None**.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record:

*[signature]*

Andrew Grosso (D.C. Bar No. 358326)
Andrew Grosso & Associates
1250 Connecticut Avenue, NW, Suite 200
Washington, D.C. 20036
Tel.: (202) 261-3593
Fax: (202) 261-3595