# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERISTAR FINANCIAL SERVICING COMPANY, LLC, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 1:06cv01651 (PLF) |
| FEDERAL DEPOSIT INSURANCE CORPORATION As Receiver of Superior Bank, FSB And as Conservator and Receiver of Superior Federal Bank, FSB, | ) ) ) ) ) ) ) | |
| Defendant | ) | |

## JOINT MOTION FOR STAY OF PROCEEDINGS

The Parties, through their undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), hereby jointly move this Honorable Court for an Order Staying all proceedings in this action pending resolution of a related case pending in the Court of Federal Claims. In support of this motion the Parties submit the following:

1. The instant Complaint was filed on September 25, 2006, and an Amended Complaint was filed on November 21, 2006. Prior to these dates, on May 24, 2006, Plaintiff filed a separate Complaint against the United States in the Court of Federal Claims. That Complaint alleges substantially the same causes of action arising out of the same facts alleged in the instant Complaint. The style of that case is *Ameristar Financial Servicing Co., LLC v. United States*, Doc. No. 06-424C (the "CFC Case"), and it is now pending before Chief Judge Damich.

2. The United States filed a motion to dismiss the CFC Case on grounds that the Court of Federal Claims lacks jurisdiction to adjudicate the issues in that Complaint. Plaintiff filed an opposition to that motion. The motion has now been fully briefed.

3. In the instant case, Plaintiff has served all Defendants with the Amended Complaint. The Defendants have not yet filed their Answer.

4. The Parties believe that the Court of Federal Claims should decide the jurisdictional issue in the CFC Case.[1] The Parties recognize that an appeal may occur before the jurisdictional issue is finally resolved.

5. If the jurisdictional issue is resolved adversely to the Plaintiff, the Parties agree that the requested stay be dissolved by order of this Court, and that Defendants will have 60 days from the date of the dissolution order to answer or otherwise plead to the Amended Complaint.

6. If the CFC case is resolved on its merits, the Parties agree that the Plaintiff will move to voluntarily dismiss the instant Complaint with prejudice.

7. For reasons of judicial economy, it is appropriate that the jurisdictional issue now pending before the Court of Federal Claims be fully litigated before duplicate litigation proceeds before this Court.

8. Rule 6(b) provides that a court, for cause shown, may at any time in its discretion permit the time allowed for any act required by the Federal Rules of Civil Procedure to be enlarged.

For the reasons set forth above, the Parties respectfully request this Court to enter an Order staying these proceedings until resolution of the case of *Ameristar Financial Servicing Co., LLC v. United States*, Doc. No. 06-424C, now pending in the Court of Federal Claims.

---

[1] The Plaintiff filed the instant case to insure that the causes of action will not expire under any applicable statute of limitations.

Respectfully submitted,

*/s/ Andrew Grosso*
Andrew Grosso (D.C. Bar No. 358326)
ANDREW GROSSO & ASSOCIATES
1250 Connecticut Avenue, NW, Suite 200
Washington, D.C. 20036
Tel.: (202) 261-3593
Fax: (202) 261-3595

*Counsel for Plaintiff Ameristar Financial Servicing Company, LLC*

*/s/ Andrew Grosso for*
Charlotte Kaplow (Illinois Bar No. 3128259)
Federal Deposit Insurance Corporation
3501 Fairfax Drive (VS-D-7118)
Arlington, Virginia 22226-3500
Tel.: (703) 562-2391
Fax: (703) 562-2475

*Counsel for Defendants Federal Deposit Insurance Corporation as Receiver for Superior Bank, FSB, and Conservator and Receiver for Superior Federal Bank, FSB*

3