UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERISTAR FINANCIAL SERVICING COMPANY, LLC,**   Plaintiff,   v.   **FEDERAL DEPOSIT INSURANCE CORPORATION** As Receiver of Superior Bank, FSB And as Conservator and Receiver of Superior Federal Bank, FSB,   Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )    CASE NO.  1:06cv01651 (PLF) |

## PROPOSED ORDER

This matter having come before the Court on Joint Motion for Stay of Proceedings, and the Court having considered the circumstances, it is hereby ORDERED that:

1. These proceedings are stayed until the resolution of the case of *Ameristar Financial Servicing Co., LLC v. United States*, Doc.No. 06-424C, pending in the United States Court of Federal Claims.

2. If the jurisdictional issue is resolved adversely to the Plaintiff, upon notice to this Court this stay will be dissolved by Order of this Court, and Defendants will have 60 days from the date of the dissolution order to answer or otherwise plead to the Amended Complaint.

3. If the Court of Federal Claims case is resolved on it merits, Plaintiff shall move to voluntarily dismiss this case with prejudice.

Dated this ___ day of January, 2007

_____
Paul L. Friedman
U.S. District Judge