UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERISTAR FINANCIAL SERVICING COMPANY, LLC,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**FEDERAL DEPOSIT INSURANCE CORPORATION** )<br>As Receiver of Superior Bank, FSB )<br>And as Conservator and Receiver of )<br>Superior Federal Bank, FSB, )<br>)<br>Defendant )<br>)<br>) | CASE NO.  1:06cv01651 (PLF) |

## PRAECIPE

The Federal Deposit Insurance Corporation files this praecipe to submit to the Court the attached Proposed Order relating to the Joint Motion for Stay of Proceedings filed by counsel for Ameristar Financial Servicing Company on January 5, 2007 (Docket No. 12).  Counsel for Ameristar has agreed to the filing of the Proposed Order.

Respectfully submitted,

_____/s_____
Charlotte Kaplow (Illinois Bar No. 3128259)
Federal Deposit Insurance Corporation
3501 Fairfax Drive (VS-D-7118)
Arlington, Virginia  22226-3500
Tel.:  (703) 562-2391
Fax:  (703) 562-2475

*Counsel for Defendants Federal Deposit Insurance Corporation as Receiver for  Superior Bank, FSB, and Conservator and Receiver for  Superior Federal Bank, FSB*