UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMERISTAR FINANCIAL SERVICING COMPANY, LLC, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 1:06cv01651 (PLF) |
| FEDERAL DEPOSIT INSURANCE CORPORATION<br>As Receiver of Superior Bank, FSB<br>And as Conservator and Receiver of<br>Superior Federal Bank, FSB, | ) ) ) ) ) ) ) | |
| Defendant | ) | |

**STIPULATION OF DISMISSAL OF COMPLAINT**

Plaintiff Ameristar Financial Servicing Company, LLC and Defendant Federal Deposit Insurance Corporation, through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a), hereby stipulate to the voluntary dismissal of all claims brought by the parties in this action, with prejudice. Each party shall bear its own costs.


Dated: April 4, 2007

By: _____
ANDREW GROSSO & ASSOCIATES
Andrew Grosso (D.C. Bar No.358326)
1250 Connecticut Avenue, NW
Suite 200
Washington, D.C. 20036
Tel. (202) 261-3593
Fax: (202) 261-3595

*Counsel for Plaintiff Ameristar Financial Servicing Company, LLC*

Respectfully submitted,

By: _____
FEDERAL DEPOSIT INSURANCE CORPORATION
Charlotte Kaplow (Illinois Bar No. 3128259)
3501 Fairfax Drive (VS-D-7118)
Arlington, Virginia 22226-3500
Tel.: (703) 562-2391
Fax: (703) 562-2475

*Counsel for Defendant Federal Deposit Insurance Corporation*